JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DEAN EADS,<br><br>              Petitioner,<br><br>     v.<br><br>DAVID HOLBROOK, Warden,<br><br>              Respondent. | Case No. 5:23-cv-02379-JFW-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  December 9, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE